IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:16-CR-5-001D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | WITHDRAWAL OF |
| v. ) | WRIT OF GARNISHMENT |
| ) | |
| BRENT ALLAN DILONARDO, ) | |
| ) | |
| Defendant. ) | |

On March 27, 2017, a Writ of Continuing Garnishment was issued in this case [DE 77], based on an Application for Writ of Garnishment filed by the United States of America on March 24, 2017 [DE 76]. The United States of America has now withdrawn its Application for Writ of Garnishment and requested that the Writ of Continuing Garnishment be withdrawn. The Writ of Continuing Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This 27th day of November, 2017.

PETER A. MOORE, JR.
Clerk, U. S. District Court